IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR9-V

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ETOYI MONRAY BLOUNT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's Motions For Bond and Emergency Release, both filed March 27, 2007. (Documents #724, #725) Defendant, who faces a sentence of life imprisonment, is currently scheduled to be sentenced on April 17, 2007. The Government opposes Defendant's request for bond, generally, as well as Defendant's request for a temporary emergency release. Given the history and posture of this case, Defendant's motions must be denied at this time.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motions For Bond and For Emergency Release are both hereby **DENIED**.

Signed: March 28, 2007

Richard L. Voorhees
United States District Judge